Matter of Screen (A & K Automotive)

2026 NY Slip Op 02495

April 23, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of the Claim of Peirce Screen, Appellant. A & K Automotive, Respondent. Commissioner of Labor, Respondent.

Decided and Entered:April 23, 2026

CV-25-1443

Calendar Date: March 20, 2026

Before: Garry, P.J., Clark, Pritzker, Fisher And Mackey, JJ.

Peirce Screen, Horsham, Pennsylvania, appellant pro se.

Norris McLaughlin, PA, Bridgewater, New Jersey (Kimberley A. Brunner of counsel), for A & K Automotive, respondent.

Letitia James, Attorney General, New York City (Gary Leibowitz of counsel), for Commissioner of Labor, respondent.

[*1]

Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 6, 2025, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Garry, P.J., Clark, Pritzker, Fisher and Mackey, JJ., concur.

ORDERED that the decision is affirmed, without costs.